IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PETER MAKUSI OTEMBA OWUOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-CV-1099-ID |
| ) | |
| ELMORE COUNTY JAIL, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On December 9, 2009, the Magistrate Judge filed a Recommendation (Doc. #5) in this case, with which the plaintiff concurs. (Doc. # 7.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge and the submission of the plaintiff, it is CONSIDERED and ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims against the Elmore County Jail are DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(i).

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this the 7th day of January, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE